

# IN THE COURT OF CRIMINAL APPEALS OF TEXAS

## NO. WR-83,079-06

### EX PARTE EDWON KUMONT JULIAN, Applicant

### ON APPLICATION FOR A WRIT OF HABEAS CORPUS
### CAUSE NO. W12-45796-V(F) IN THE 292ND DISTRICT COURT
### FROM DALLAS COUNTY

*Per curiam*.

### O R D E R

Applicant was convicted of cruelty to animals and sentenced to ten years' imprisonment. The Fifth Court of Appeals affirmed his conviction. *Julian v. State*, No. 05-13-00913-CR (Tex. App.— Dallas July 21, 2014) (not designated for publication). Applicant filed this application for a writ of habeas corpus in the county of conviction, and the district clerk forwarded it to this Court. *See* TEX. CODE CRIM. PROC. art. 11.07.

In a single ground, Applicant contends that he was not credited with pre-sentence credit and that his sentence-begin date should be July 31, 2012. This ground is without merit. According to the record, on May 2, 2019, the trial court signed a judgment *nunc pro tunc* and changed Applicant's sentence-begin date to July 31, 2012. Applicant has received the pre-sentence credit he is requesting.

It appears, however, that a copy of the judgment *nunc pro tunc* was not sent to the Texas Department of Criminal Justice—Correctional Institutions Division. If so, a copy shall be sent within fifteen days of the date of this order.

Filed: April 15, 2020
Do not publish